## United States District Court for the Northern District of Illinois

Case Number: 08CV3878          Assigned/Issued By: DAJ

Judge Name: MORAN             Designated Magistrate Judge: COX

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other ____
               [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00              Receipt #: 2915773

Date Payment Rec'd: 07/08/08     Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                          [ ] Alias Summons

[ ] Third Party Summons              [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                     _____
[ ] Citation to Discover Assets      (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __07/08/08__ as to __DEF._____
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05